IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
GEORGIA ATHENS DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | No. 3:23-CR-3-CAR-CHW-2 |
| LUIS MEJINA PINA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Government's Motion to Continue [Doc. 55] the pretrial conference scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On January 11, 2023, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant Luis Mejina Pina with one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances. On February 2, 2023, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and ordered detained pending trial. This is the first request for a continuance.

In the Motion, the Government represents that two of Defendant Pina's co-defendants have received continuances, one co-defendant has not yet been apprehended and brought before the Court for an initial appearance, and no motion for severance has been granted. Thus, granting a continuance is appropriate to allow the parties additional

time to prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant the Government's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Government's Motion to Continue Trial [Doc. 55] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 28th day of February, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT