IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUIS MEJINA PINA,<br><br>*Defendant*. | CRIMINAL ACTION NO.<br>3:23-cr-00003-TES-CHW-2 |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Luis Mejina Pina's Unopposed Motion for Continuance [Doc. 132]. On January 11, 2023, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 841(a)(1); (b)(1)(A)(viii); and (b)(1)(C). [Doc. 1]. Defendant entered a plea of not guilty on February 2, 2023. [Doc. 33].

Defendant seeks a continuance because counsel had short notice of the pretrial conference scheduled for January 24, 2024, and has not had time to adequately prepare. [Doc. 132, pp. 2–3]. Additionally, counsel needs further time to prepare a defense for Defendant. [*Id.* at p. 3]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 132], and this case and its pretrial conference are **CONTINUED** to the Court's next trial term—beginning March 25, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 23rd day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
