IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS MEJINA PINA,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>3:23-cr-00003-TES-CHW-2 |

**ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Luis Mejina Pina's Motion to Continue Trial in the Interests of Justice [Doc. 145]. On January 11, 2023, the Grand Jury returned an Indictment [Doc. 1] charging Defendant with Conspiracy to Possess with Intent to Distribute Controlled Substances. Defendant pled not guilty at his arraignment on February 2, 2023, and was released on bond pending trial. [Doc. 32]; [Doc. 39]. The Court has continued this case four times—in February 2023, in April 2023, in July 2023, and in October 2023. [Doc. 56]; [Doc. 86]; [Doc. 103]; [Doc. 118].

Defendant seeks a continuance because, after "review[ing] the discovery for this case, which is large," he found that "it was necessary to do additional investigations." [Doc. 145, p. 2, ¶ 5]. Defendant states that his "[c]ounsel has diligently pursued these investigations, which are still in process and are material to [his] defense at trial," and that he will not be "ready to try this case [until] the investigations are concluded." [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant this continuance would deny counsel for Defendant reasonable time to effectively prepare, taking into account the exercise of due diligence. *See* [*id.*].

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 145] and **CONTINUES** the trial of this matter until June 24, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 18th day of March, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**